# EXHIBIT A

**Business Details**

| | | | |
|---|---|---|---|
| Entity #: | 4082347 | Business Name: | HV SUPPLY LLC |
| Filing Type: | DOMESTIC LIMITED LIABILITY COMPANY | Status: | Active |
| Original Filing Date: | 10/10/2017 | Exp. Date: | - |

## AGENT/REGISTRANT INFORMATION



HOVHANNES DERVISHYAN
3082 WILLOWBROOK DR
AURORA OH 44202
10/10/2017
Active

**Purchase a Certificate of Good Standing** — Click here to purchase a Certificate of Good Standing (also called a full force and effect certificate or a certificate of registration) if documentation of your business status has been requested.

**Business ID Theft Protect Yourself** — Sign up to receive e-mail notifications of any changes or updates made to this business entity.

## FILINGS

| Filing Type | Date of Filing | Document ID | Download Image to PDF |
|---|---|---|---|
| OHIO LLC - ARTICLES OF ORGANIZATION | 10/10/2017 | 201728303858 | Download Image |
| AGENT ADDRESS CHANGE/LIMITED/LIABILITY/PARTNERS | 03/05/2018 | 201806402788 | Download Image |
| OHIO LLC - AMENDMENT | 05/20/2018 | 201814000448 | Download Image |

**Prior Business Names**