# EXHIBIT B

# United States of America
### United States Patent and Trademark Office



**Reg. No. 3,800,208**  
**Registered June 8, 2010**

**Int. Cls.: 10, 18, and 44**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

VIDACURA, INC. (CONNECTICUT CORPORATION)
169 HILLTOP ROAD
SOUTHINGTON, CT 06489

FOR: ELECTROMEDICAL REHABILITATIVE AND PAIN MANAGEMENT PRODUCTS FOR CLINICAL AND HOME USE, NAMELY, ELECTRICAL NERVE AND MUSCLE STIMULATORS, ULTRASONIC STIMULATORS, MAGNET THERAPY STIMULATORS AND LASER THERAPY STIMULATORS; EXERCISE MACHINES FOR THERAPEUTIC PURPOSES; MEDICAL DIAGNOSTIC APPARATUS, ANALYTICAL APPARATUS FOR MEDICAL PURPOSES AND BLOOD PRESSURE MEASURING APPARATUS; MEDICAL TEST KITS FOR DIABETES MONITORING FOR HOME USE; PHYSICAL EXERCISE APPARATUS, FOR MEDICAL PURPOSES; WALKING AIDS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 11-30-2007; IN COMMERCE 11-30-2007.

FOR: WALKING CANES , IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 8-12-2008; IN COMMERCE 8-12-2008.

FOR: PROVIDING A WEB SITE FEATURING INFORMATION IN THE FIELD OF MENTAL HEALTH AND WELLNESS, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 9-15-2008; IN COMMERCE 9-15-2008.

THE MARK CONSISTS OF THE CHARACTERS, "VIDACURA"; WITH THE "V" AND "C" IN UPPER CASE AND ALL OTHER LETTERS IN LOWER CASE; WITH THE CHARACTERS, "VIDA" IN GREEN AND THE CHARACTERS "CURA" IN PASTEL BLUE; WITH THE STYLIZED HOUSE AND HEART ICONOGRAPHY, THE HOUSE IN GOLD AND HOUSE ROOF, SIDE AND UNDERLINE IN GREEN.

THE COLOR(S) GREEN, BLUE, GOLD IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SEC. 2(F).

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS LIFE CURE.

SN 77-523,262, FILED 7-16-2008.

TASNEEM HUSSAIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office