# EXHIBIT C





