# EXHIBIT D

# Robert E. Dintaman

Robert E. Dintaman, Esq., LLC

14837 Detroit Ave., #340
Lakewood, OH 44107

TELEPHONE: (216)2875583 -- FACSIMILE: (440) 348-2347

E-Mail: *redjresq2004@yahoo.com*

November 30, 2023

HV Supply
6573-F Cochran Road
Solon, Ohio 44139

HOVHANNES DERVISHYAN
3082 WILLOWBROOK DR
AURORA OH 44202

**Re:** **Living Well Stores**
**Notice of Cease & Desist Living Well Stores and VidaCura Brands Trademark Infringement/counterfeit product.**

To Whom It May Concern:

I represent Living Well Stores, Incorporated of Jacksonville, Florida.  I am writing to you today regarding a trademark infringement/counterfeit product matter appearing on multiple Amazon.com page listings.  Living Well Stores is the owner of the Living Well Stores and the VidaCura brands. Both are registered with the United States Patent and Trademark office, registration numbers 3800208 and 97433127

We have been advised (and identified as shown in the attached Amazon web page listings) that you are claiming to sell a service offered exclusively by my client; the Living Well Stores/VidaCura 5 year extended warranty on Amazon.com without my client's permission. Since both brands are recognized in Amazon.com's brand registry, and are exclusive to Living Well Stores, Inc. you do not have Living Well Store's authorization to sell any products that include their 5-year extended warranty.  By your actions, you are selling a counterfeit products and are infringing on Trademarks belonging to my client.

Additionally, your actions, whether directly or indirectly, are misleading customers who purchase a product in that they have a reasonable belief that they're also receiving the Living Well Stores/VidaCura branded 5-year extended warranty. Other sellers who have done this have found that mislead customers eventually dispute their purchase with Amazon.  Amazon has *always* ruled in the customer's favor by refunding the customer for their entire purchase price, debiting the seller account for the purchase amount, and allowing the customer to keep the product. As you may also know a claim of this nature also negatively impacts your seller metrics. This has happened to other sellers even years after purchase when a customer attempts to request service under our warranty. While we can't presume to know the circumstances of every business closure, or are we offering an opinion as to the status or future projection of your company; however, from our past experience and knowledge of the market every company who has infringed on our marks is no longer in business.

Given the above information, and the irreparable harm your actions are having, and will continue to have in the future,

## **IMMEDIATELY CEASE REPRESENTING THAT PRODUCTS YOU OFFER ON AMAZON.COM OR VIA ANY OTHER CHANNEL INCLUDE LIVING WELL STORES BRANDED WARRANTY OR PRODUCTS.**

I'm attaching a current list of product/service combinations includes Living Well Stores trademarked services and that you are claiming to offer your customers. But this demand letter refers to all current and future infringement attempts on your part. Should you continue to represent that you sell products that incorporate our branded warranty items, we will 1) advise Amazon that HV Supply is selling counterfeit products. Because of pressure placed on Amazon by brand owners and regulators over the years, Amazon takes a hard and fast line- they conduct a brief investigation to confirm the allegation and then they immediately deactivate the seller account, and 2) we will bring a trademark infringement suit against HV Supply, LLC and Hovhannes Dervishyan personally, seeking all available remedies including injunctive relief to curtail your infringing conduct; and, (3 any and all other available remedies in law or equity.

Sincerely,

Robert E. Dintaman

Cc: Client