# EXHIBIT E



Roll over image to zoom in

‹ Back to results

# Pride Go-Go Endurance Li (Lithium Battery) Mobility Scooter, Garnet Red with Ext Warr (20"W × 18"D (16"H) Seat, 8Ah Lithium-ion Battery)

Brand: VidaCura

4.4 ★★★★☆ | 15 ratings | Search this page

**$1,599⁰⁰** ($1,599.00 / Count)

Pay **$133.25/month for 12 months**, interest-free upon approval for Amazon Visa

## Delivery & Support
Select to learn more

- Ships from HV Supply
- Eligible for Return, Refund or Replacement within 30 day...
- Customer Support

**Size:** 20"W × 18"D (16"H) Seat
- 17"W × 17"D (14"H) Seat
- 20"W × 18"D (16"H) Seat

**Style:** 8Ah Lithium-ion Battery

| Brand | VidaCura |
|---|---|
| Color | Red |
| Style | 8Ah Lithium-ion Battery |
| Wheel Size | 8 Inches |
| Maximum Weight Recommendation | 325 Pounds |

## About this item
- 5 year Living Well Stores warranty includes batteries.
- Battery performance defines the Go-Go Endurance Li Mobility Scooter. With lithium technology, you'll charge your batteries faster, achieve longer battery life, and experience greater reliability from one of Pride's most popular mobility scooter lineups.
- The Go-Go Endurance Li comes with the standard 8-amp hour battery, which is safe to carry onto a plane. Or you can upgrade to the 16 MAXX amp hour version, which gives you up to 14.4 miles per charge.

---

$1,599⁰⁰ ($1,599.00 / Count)

FREE delivery **April 30 - May 1**. Details

Delivering to Apopka 32703 - Update location

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

Ships from: HV Supply
Sold by: HV Supply
Returns: Eligible for Return, Refund or Replacement within 30 days of receipt
Payment: Secure transaction

Add to List

### Other sellers on Amazon
New (2) from $1,599⁰⁰ & FREE Shipping



# Pride Jazzy EVO 614HD Heavy-Duty Power Wheelchair, 450 Lbs. Weight Capacity, with 5-Year Extended Warr (Robin's Egg Blue, 18" x 18" - 20" Seat)

Visit the Living Well Stores Store

$3,949.00 ($3,949.00 / Count)

Pay $329.08/month for 12 months, interest-free upon approval for Amazon Visa

**Size:** 18" x 18" - 20" Seat
- 18" x 18" - 20" Seat
- 20" x 18" - 20" Seat
- 22" x 20" - 22" Seat

**Color:** Robin's Egg Blue

| Brand | Living Well Stores |
|---|---|
| Color | Robin's Egg Blue |
| Item Weight | 255.5 Pounds |
| Style | Modern |
| Material | Metal |

## About this item
- Extended Warranty from Living Well Stores includes batteries. See below for details. 450 lbs. weight capacity. Up to 4.88 mph. 22" turning radius.
- Up to 13 miles per charge at 450lbs, up to 21.5 miles per charge at 200lbs.
- New! Depth-adjustable, limited recline memory foam high-back seat with headrest and single heavy-duty seat post allows the user to swivel.
- New! 13.75" perforated drive tires. New! 60-amp Dynamic LiNX Adjustable joystick speed dial enables you to adjust your speed comfort level.
- New! Removable matte finish color through shrouds and 6-colors. Flip-up, height adjustable foot platform. In-line joystick mount.
- Full independent front and rear Active-Trac ATX Suspension for enhanced performance over more varied terrain. Convenient access to the controller and batteries while the user remains seated.

**Additional Details**



| HV Supply | living well | |  EN |

t Sellers | Amazon Basics | Prime | New Releases | Music | Customer Service | Today's Deals | Amazon Home | Registry | Books | Gift Cards | Pharmacy | Smart Home | Fashion | Luxury Stores | Sell | Toys & Games | Find a Gift | Automotive | Computers | Coupons

1-16 of 99 results for **"living well"**

Sort by: Featured

**Expand all**   Collapse all

**Eligible for Free Shipping**

**Delivery Day**

**Department**

**Customer Reviews**

**Price**

**Business Type**

**Subscription Options**

**New Arrivals**

**International Shipping**

**Seller**

**Availability**



**Inspirational Books for a Better Life**

Shop now ›



Living Well Spending Less: 12 Secrets of the Good Life
★★★★☆ 1,614
✓prime



Do It Scared: Finding the Courage to Face Your Fears, Overcome Adversity, and Create a Life...
★★★★☆ 844
✓prime

Unstuffed: Decluttering Your Home, Mind, and Soul
★★★★☆ 663
✓prime

sponsored ⓘ

**Results**

Price and other details may vary based on product size and color.



**Pride Jazzy Carbon Featherweight Power Chair, Black, with 5-Year Extended Warr**

Metal

★★★★★ 1

$**2,539**⁰⁰ ($2,539.00/Count)

✓prime
FREE delivery **May 1 - 3**
Or fastest delivery **Tomorrow, Apr 26**
Only 2 left in stock - order soon.

🏪 Small Business ⌄



**Pride Revo 2.0 4-Wheel Mobility Scooter, 400 Lbs. Weight Capacity, Comfort-Trac Suspension, with 5-Year Extended Warr (Grey)**

$**1,949**⁰⁰ ($1,949.00/Count)

FREE delivery **Apr 30 - May 1**

🏪 Small Business ⌄

‹ Back to results



Roll over image to zoom in

# Pride Go Go Endurance LI (Lithium Batteries) 4-Wheel Mobility Scooter, with 5-Year Extended Warr (Grey, 16 AH Battery, 20" Seat)

Visit the Living Well Stores Store

Search this page

**$1,793⁰⁰** ($1,793.00 / Count)

Pay **$149.42/month for 12 months**, interest-free upon approval for Amazon Visa

**Size:** 16 AH Battery, 20" Seat

- 8 AH Battery, 17" Seat
- 8 AH Battery, 20" Seat
- 16 AH Battery, 17" Seat
- 16 AH Battery, 20" Seat

**Color:** Grey

| Brand | Living Well Stores |
|---|---|
| Color | Grey |
| Item Weight | 101.5 Pounds |
| Style | Modern |
| Material | Metal |

## About this item

- Extended Warranty from Living Well Stores includes batteries. See below for details. 325 lb. weight capacity. Maximum speed up to 4.2 mph. 48.25" turning radius.
- Standard 8 Ah airline-safe lithium-ion battery pack or upgrade to the 16Ah MAXX battery box for additional range. Up to 7.2 miles (8Ah); Up to 14.4 miles (16Ah) per charge.
- 17"x17" or 20"x18" swivel seat with flip-up, height and angle adjustable armrests. Front and rear suspension CTS Suspension provides a smooth, comfortable ride over varied terrain.
- Delta tiller with ergonomic wraparound handles lets you operate the scooter and rest your wrists. High-intensity LED headlight on tiller.
- Feather-touch disassembly permits simple frame separation with only one hand and easily disassembles into five super lightweight pieces.
- Off-board charger port conveniently on your tiller. Exclusive black, non-scuffing tires. Includes two sets of easily changeable Garnet Red or Euro Grey colored shrouds.

---

**$1,793⁰⁰** ($1,793.00 / Count)

FREE delivery **April 30 - May 1**.
Details

Delivering to Apopka 32703 - Update location

**In Stock**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| Ships from | HV Supply |
|---|---|
| Sold by | HV Supply |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Payment | Secure transaction |

[ Add to List ]

### Other sellers on Amazon

New (2) from $1,793⁰⁰ & FREE Shipping ›

**Ride in Comfort and Style**

800W Electric Powered Wheelchair Device, 3 Wheel Mobility Scooter,...
$1,698⁰⁰

Sponsored

