AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-00409-WWB-MCR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Hovhannes Dervishyan**
was received by me on *(date)* **4/30/2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **SVETLANA MKVTCHYAN, SISTER-IN-LAW**, a person of suitable age and discretion who resides there, on *(date)* **5/1/2024 4:29 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **5/3/2024**

*Server's signature*

**BENJAMIN PURSER, PROCESS SERVER**
*Printed name and title*

**221 SPRINGSIDE DRIVE AKRON OH 44333**
*Server's address*

Additional information regarding attempted service, etc: