IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:24-cv-00409-WWB-MCR

LIVING WELL STORES, INC.,

    Plaintiff,

v.

HV SUPPLY, LLC, an Ohio domestic limited liability Company and HOVHANNES DERVISHYAN, an Individual,

    Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

On behalf of Defendants, Plaintiff LIVING WELL STORES, INC., by and through its undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedures, hereby files the Unopposed Motion for Extension to Firm to Respond to Plaintiff's Complaint. Plaintiff requests an extension of twenty (20) days, whereby Defendant would have until June 13, 2024, to respond. In support of this Motion, the Parties state:

    1.    On June 6, 2024, and June 23, 2024, an authorized representative for Defendant along with counsel for Plaintiff conferred and discussed the issues presented in the Complaint.

2. On June 23, 2024, the Parties agreed an extension of time of twenty (20) days, up to June 13, 2024.

3. The Parties agreed to filing of this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, as Plaintiff will file an Amended Complaint.

4. Enlargements of time are permitted with good cause by Federal Rule of Civil Procedure 6(b)(1)(A). Such enlargements of time should be liberally granted absent a showing of bad faith or undue prejudice.

5. No prior request for an extension has been made; and no prejudice will result from the granting of this request.

Respectfully Submitted,
**BEUSSE SANKS, PLLC**
157 E. New England Ave, Suite 375
Winter Park, FL 32789
Telephone: (407) 644-8888
Email: tsanks@firstiniplaw.com
Email: wsewell@firstiniplaw.com
*Attorney for Plaintiff, LIVING WELL STORES, INC.*

By: */s/ Terry M. Sanks*
Terry M. Sanks
Florida Bar No. 0154430
William Sewell
Florida Bar No. 1025701

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 23, 2024 with the Clerk of Court and all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

              */s/ Terry M. Sanks*
              Terry M. Sanks, Esquire