IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:24-cv-00409-WWB-MCR

LIVING WELL STORES, INC.,

    Plaintiff,

v.

HV SUPPLY, LLC, an Ohio domestic limited liability Company and HOVHANNES DERVISHYAN, an Individual,

    Defendants.
_____/

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

On behalf of Defendants, Plaintiff LIVING WELL STORES, INC., by and through its undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedures, hereby files its Second Unopposed Motion for Extension to Firm to Respond to Plaintiff's Complaint. Plaintiff requests an extension of ten (10) days, whereby Defendant would have until June 24, 2024, to respond. In support of this Motion, the Parties state:

    1.    On May 28, 2024, this Honorable Court entered an Endorsed Order (Doc. 12) granting the Unopposed Motion for Extension of Time to Respond to the Complaint (Doc. 11).

> **Commented [TS1]:** Check my calculation please.

2.      After further conferencing regarding the issues raised in the Complaint, since the date of granting the first extension of time, the Parties agree that for judicial economy, the next best course of action is for Plaintiff to either amend the Complaint or refile the Complaint.

3.      So as not to waste the Court's time with Defendants filing a Motion to Dismiss where Plaintiff will then either take one of the two actions identified above, the Parties collectively believe another extension is more appropriate.

4.      Enlargements of time are permitted with good cause by Federal Rule of Civil Procedure 6(b)(1)(A). Such enlargements of time should be liberally granted absent a showing of bad faith or undue prejudice.

5.      This is the second request for extension being made; this request is not being filed to deliberately delay the proceedings; and no prejudice will result from the granting of this request.

**WHEREFORE**, in view of the foregoing, Plaintiff respectfully requests that this Honorable Court grants a second extension for Defendants to respond to the Complaint.

Respectfully Submitted,
**BEUSSE SANKS, PLLC**
157 E. New England Ave, Suite 375
Winter Park, FL 32789
Telephone: (407) 644-8888
Email: tsanks@firstiniplaw.com
Email: wsewell@firstiniplaw.com

*Attorney for Plaintiff, LIVING WELL STORES, INC.*

By:    */s/ Terry M. Sanks*
      Terry M. Sanks
      Florida Bar No. 0154430
      William Sewell
      Florida Bar No. 1025701

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 13, 2024 with the Clerk of Court and all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

      */s/ Terry M. Sanks*
      Terry M. Sanks, Esquire