IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:24-cv-00409-WWB-MCR

**LIVING WELL STORES, INC.,**

 Plaintiff,

v.

**HV SUPPLY, LLC,** an Ohio domestic limited liability Company and **HOVHANNES DERVISHYAN,** an Individual,

 Defendants.

_____/

## **STIPULATED MOTION TO FILE SECOND AMENDED COMPLAINT**

 Plaintiff LIVING WELL STORES, INC., by and through its undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedures, hereby files this Stipulated Motion to file a Second Amended Complaint, attached hereto as Exhibit "A" (excluding exhibits) within three (3) days of granting this Motion. Plaintiff states:

 1. On June 17, 2024, this Honorable Court entered an Endorsed Order (Doc. 15) granting the Unopposed Motion for Extension of Time to Respond to the Complaint (Doc. 14).

 2. After further conferring with Defendants' counsel regarding the issues raised in the Amended Complaint, to address Defendants' position that a Motion to

Dismiss is in order since the Amended Complaint did not allege that Defendant Hovhannes Dervishyan (hereinafter "Dervishyan") controls Defendant HV Supply, LLC (hereinafter "HV Supply"). Instead of going through motion practice over this issue, the Parties agree that, for judicial economy, the next best course of action is for Plaintiff to file a 2nd Amended Complaint, attached.

3. Therefore, so as not to waste the Court's time with Defendant filing a Motion to Dismiss over whether the First Amended Complaint is sufficient to support an allegation that Defendant Dervishyan has control over Defendant HV Supply, where Plaintiff will then either take one of the two actions either (1) responding to the Motion or (2) filing an amended complaint, the Parties believe filing the 2nd Amended Complaint is more appropriate

4. Enlargements of time are permitted with good cause by Federal Rule of Civil Procedure 6(b)(1)(A). Such enlargements of time should be liberally granted absent a showing of bad faith or undue prejudice.

5. This is the third request for an extension that has been made; and no prejudice will result from the granting of this request.

Respectfully Submitted,

**BEUSSE SANKS, PLLC**
157 E. New England Ave, Suite 375
Winter Park, FL 32789
Telephone: (407) 644-8888
Email: tsanks@firstiniplaw.com

*Attorney for Plaintiff, LIVING WELL STORES, INC.*

By: */s/ Terry M. Sanks*
Terry M. Sanks
Florida Bar No. 0154430

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 8, 2024, with the Clerk of Court and all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Terry M. Sanks*
Terry M. Sanks, Esquire

/s/Terry M. Sanks
**TERRY M. SANKS, ESQ.**
Florida Bar No. 0154430
157 E. New England Avenue, Suite 375
Winter Park, Florida 32789
Telephone: (407) 644-8888
Email: tsanks@firstiniplaw.com
***Attorneys for Plaintiff Living Well Stores, Inc.***

14