## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

### CASE NO.: 3:24-cv-00409-WWB-MCR

**LIVING WELL STORES, INC., a Delaware Corporation,**

**Plaintiff,**

**v.**

**HV SUPPLY, LLC, an Ohio domestic limited liability Company and HOVHANNES DERVISHYAN, an Individual,**

**Defendants.**

_____/

### <u>NOTICE OF MEDIATION</u>

COMES NOW Plaintiff, LIVING WELL STORES, INC., by and through its undersigned counsel, hereby files this Mediation Notice.  By agreement of the Parties, the Mediation will be conducted, via audio video conference, by Mediator Jim Matulis, Esq., on March 6, 2025, at 10:00A.M. (EST).  The cost of the mediation will be borne equally between the parties.

Dated this 14th day of October, 2024,

BEUSSE SANKS, PLLC
612 E. Colonial Drive, Suite 250
Orlando, Florida 32803
Telephone: (407) 644-8888
Email: tsanks@firstiniplaw.com
litigation@firstiniplaw.com
*Attorneys for Plaintiff, Living Well Stores, LLC.*

*/s/ Terry M. Sanks*
Terry M. Sanks
Florida Bar No. 0154430

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on October 14, 2024 with the Clerk of Court and all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Terry Sanks*
Terry M. Sanks, Esq.